**Electronically Filed
Supreme Court
SCWC-13-0001699
12-SEP-2017
09:51 AM**

SCWC-13-0001699

IN THE SUPREME COURT OF THE STATE OF HAWAI'I

_____

LORNA SOUZA, TRUSTEE OF THE IRENE K. TAKAHAMA TRUST DATED
NOVEMBER 19, 1992, AS AMENDED, AND THE LAWRENCE I. TAKAHAMA
TRUST DATED NOVEMBER 19, 1992, Respondent/Plaintiff-Appellee,

vs.

ELIZABETH FISHER, Petitioner/Defendant-Appellant.

_____

CERTIORARI TO THE INTERMEDIATE COURT OF APPEALS
(CAAP-13-0001699; CAAP-15-0000516; CAAP-15-0000517;
CIVIL CASE NO. 1RC12-1-000925)

ORDER REJECTING APPLICATION FOR WRIT OF CERTIORARI
(By: Recktenwald, C.J., Nakayama, McKenna, Pollack, and Wilson, JJ.)

        Petitioner/Defendant-Appellant's application for writ

of certiorari, filed on July 31, 2017, is hereby rejected.

        DATED: Honolulu, Hawai'i, September 12, 2017.

                        /s/ Mark E. Recktenwald

                        /s/ Paula A. Nakayama

                        /s/ Sabrina S. McKenna

                        /s/ Richard W. Pollack

                        /s/ Michael D. Wilson



1